IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID PAPERA,<br><br>    Defendant.                    / | No. CR 10-00105 CRB<br><br>**ORDER DENYING MOTION REQUESTING APPOINTMENT OF COUNSEL** |

    Defendant David Papera's Motion Requesting Appointment of Counsel for the purposes of challenging his sentence is DENIED.

**IT IS SO ORDERED.**

Dated: January 23, 2015

                                                                 CHARLES R. BREYER<br>                                                                 UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\105\order re apt counsel.wpd